UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

NEWARK
Judge: JULIEN XAVIER NEALS                          Date:   8/14/2023
Court Reporter: MELISSA MORMILE                     Docket No: 2:23-CR-8-JXN

<u>Title of the Case</u>:

UNITED STATES OF AMERICA
v.
JOSE MINAYA

<u>Appearances</u>:
Sean Barnes, AUSA for the Government
Richard Samuel Mazawey, Retained for Defendant Minaya
Adrianna O'Hara, USPO

<u>Nature of Proceedings</u>:
Defendant present & sworn.
SENTENCE: Count 1- 186 months, and Count 2- 120 months, to run concurrently
Supervised Release: Life on Each of Counts 1 and 2, to Run Concurrently
Special Assessment: $200.00 (due immediately)
Special Conditions:
·       Computer Monitoring
·       Consent to Search
·       Denial of Computer
·       Financial Disclosure
·       Debt Restrictions
·       Cooperation with Immigration and Customs Enforcement
·       Life Skills/Education
·       Mental Health Treatment
·       Restrict Contact with Minors/Materials and Reasonable Search
·       Polygraph Examination
·       Sex Offense-Specific Assessment and Treatment
·       No Contact with Victims
Restitution: Waived
JVTA Assessment: Waived
AVAA Assessment: Waived
Fine:   Waived
Defendant was advised of his right to appeal.
Court Ordered Continued Detention

Commenced:   2:00 pm
Concluded:   3:00 pm

*Kimberly Darling*, Courtroom Deputy
to the Honorable Julien Xavier Neals U.S.D.J.